**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JIMOTHY LEWIS, INDIVIDUALLY,
JIMOTHY LEWIS O/B/O KYRA DAVIS, A Minor,
and MARIA DELACRUZ**                                                          **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO. 3:23-cv-00181-HTW-LGI**

**THE TRAVELERS INDEMNITY COMPANY**                           **DEFENDANT**

### NOTICE OF FILING STATE COURT RECORD

**PLEASE TAKE NOTICE** that Defendant, The Travelers Indemnity Company, has this date filed a copy of all documents comprising the state court record, as attachments hereto as required by L.U.Cv.R. 5(b).

**RESPECTFULLY SUBMITTED,** this the 17th day of March 2023.

                                                 **WEBB SANDERS & WILLIAMS PLLC
363 NORTH BROADWAY
POST OFFICE BOX 496
TUPELO, MISSISSIPPI 38802
TELEPHONE: (662) 844-2137
FACSIMILE: (662) 842-3863
DAN W. WEBB, MSB #7051
dwebb@webbsanders.com**

                     **BY:**     **/s/ Dan W. Webb**
                                   **DAN W. WEBB**

## CERTIFICATE OF SERVICE

I, Dan W. Webb, one of the attorneys for Defendant, The Travelers Indemnity Company, hereby certify that I have filed the foregoing *Notice of Filing State Court Record* with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

*Attorneys for Plaintiffs*
Raymond Gee
Thandi Wade
Tatum & Wade, PLLC
P.O. Box 22688
Jackson, MS 39225
raymondgee@tatumandwade.com
twade42@aol.com

**THIS** the 17th day of March 2023.

                                                            **/s/ Dan W. Webb**
                                                            **DAN W. WEBB**