**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JIMOTHY LEWIS, INDIVIDUALLY,
JIMOTHY LEWIS O/B/O KYRA DAVIS, A Minor,
and MARIA DELACRUZ**                                 **PLAINTIFFS**

**VS.**                            **CIVIL ACTION NO. D:23CV 181-HTW-LGI**

**THE TRAVELERS INDEMNITY COMPANY**                   **DEFENDANT**

**JOINT MOTION FOR FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

COME NOW, the Plaintiffs, Jimothy Lewis, Individually and Jimothy Lewis on behalf of Kyra Davis, a minor, and Maria Delacruz, and Defendant, The Standard Fire Insurance Company (previously incorrectly named in this cause as The Travelers Indemnity Company and as The Travelers, Inc.) by and through counsel and pursuant to Miss. R. Civ. P. 41 and seek a dismissal with prejudice of all claims made in this case by all parties hereto.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs, Jimothy Lewis, Individually, and Jimothy Lewis on behalf of Kyra Davis, and Marival Delacruz, and Defendant, The Standard Fire Insurance Company, request that the Court enter an Order dismissing with prejudice all claims made in this case by all parties.

**RESPECTFULLY SUBMITTED,** this the 7th day of April, 2023.

                                             *ATTORNEYS FOR DEFENDANT*
                                             **WEBB SANDERS & WILLIAMS PLLC
363 NORTH BROADWAY
POST OFFICE BOX 496
TUPELO, MISSISSIPPI 38802
Telephone: (662) 844-2137
Facsimile: (662) 842-3863
DAN W. WEBB, MSB #7051**
                                             dwebb@webbsanders.com

                          **BY:**     /s/ *Dan W. Webb*
                                             **DAN W. WEBB**

       *ATTORNEYS FOR PLAINIFF*
       **TATUM & WADE, PLLC**
       **P.O. BOX 22688**
       **JACKSON, MS 39225**
       **RAYMOND P. GEE, JR., MSB #106013**
       **raymondgee@tatumandwade.com**
       **THANDI WADE, MSB #10464**
       **twade42@aol.com**

**BY:** **/s/ Thandi Wade**
    **THANDI WADE**

## CERTIFICATE OF SERVICE

I, Dan W. Webb, one of the attorneys for Defendant, The Standard Fire Insurance Company, hereby certify that I filed the above and foregoing *Joint Motion for Final Judgment of Dismissal with Prejudice* through the ECF system, which sent notice to counsel of record. I also certify that I served the same upon counsel of record by delivering a true and correct copy by way of United States mail and/or electronic mail as follows:

*Attorneys for Plaintiffs*

Raymond Gee
Thandi Wade
TATUM & WADE, PLLC
P.O. Box 22688
Jackson, MS 39225
twade42@aol.com

This the 7th day of April, 2023.

/s/ *Dan W. Webb*
**DAN W. WEBB**