# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JIMOTHY LEWIS, INDIVIDUALLY,
JIMOTHY LEWIS O/B/O KYRA DAVIS, a Minor,
and MARIA DELACRUZ                                                                    PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:23-cv-181-HTW-LGI

THE TRAVELERS INDEMNITY COMPANY                                              DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court, upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal with Prejudice, and the Court having duly considered the same and being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action made or which could have been made herein are hereby fully and finally dismissed with prejudice with each party to bear their own attorneys' fees, expenses and costs.

SO ORDERED this the 10th day of April, 2023.

/s/HENRY T. WINGATE
U.S. DISTRICT COURT JUDGE

AGREED AS TO SUBSTANCE AND FORM:

/s/ Thandi Wade
Counsel for Plaintiffs

/s/ Dan W. Webb
Counsel for Defendant